[Civil No. 522.]

SEIGLE BECKNER, Appellant, v. WALTER SCOTT, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Mohave.  John J. Hawkins, Judge.

Dismissed with costs, on authority of counsel for Appellant.  L. Ed. 43 :1180.

Breeze & Burris, and Herndon & Norris, for Appellant.

R. E. Sloan, for Appellee.

January 30, 1897.  Affirmed.

---

[Civil No. 495.]

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, a Corporation, Appellant, v. EDWARD AR-HELGER, Administrator of the Estate of Alexander Graydon, Deceased, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila.  Owen T. Rouse, Judge.

J. B. Early, for Appellant.

E. J. Edwards, for Appellee.

January 30, 1897.  Reversed.